| Statement of Earnings For: | Micheal J Borek | | | Employee Number | | Jose P Investors Lp 263 S 15Th St Philadelphia, PA 19145 | |
|---|---|---|---|---|---|---|---|
| Period Begin | 12/23/2024 | Company Id | B1089 | Pay Group | Bi-Weekly | | |
| Period End | 1/5/2025 | Department | | Pay Type | Hourly | | |
| Check Date | 1/10/2025 | Division | 800 | | | PA Exemptions 0 | PA Additional |
| Federal Filing | Single | Res State PA | | | | | |
| Fed Exempts | 0 | Work State PA | | | | Local Exemptions | Local Additional |
| Fed Additional | | Local Filing | PSD Code: 510101 | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 9926113 | $6.95 | $21.23 | $6.95 | |

### EARNINGS  *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Cash Tips | | | 77.00 | | 77.00 |
| Regular | 2.8300 | 7.50 | 21.23 | 7.50 | 21.23 |
| *Tip Credit | 4.4200 | 7.50 | 33.15 | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 6.09 | 6.09 |
| MED EE | 1.42 | 1.42 |
| PA WH | 3.02 | 3.02 |
| PHILADELPHIA | 3.68 | 3.68 |
| PA SUI EE | 0.07 | 0.07 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

**Michael J Borek**

| Company | Period Begin | Division |
| --- | --- | --- |
| G1305-9P | 11/25/2024 | 200 |
| Number | Period End | Branch |
|  | 12/8/2024 |  |
| Social Security # | Check Number | Department |
| XXX-XX-4084 | -99976289 |  |
| Hire Date | Check Date | Team |
| 5/7/2018 | 12/13/2024 |  |

**Parc Holdings LLC**

1934 East Passyunk Avenue
Philadelphia, PA 19148  267-319-4708

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
| --- | --- | --- | --- | --- | --- |
| Regular |  | 5.25 | 61.00 | 320.25 | 8216.83 |
| Cash Tips |  | 0.00 | 0.00 | 671.00 | 18165.70 |

### Deductions

| Description | Current | Year To Date |
| --- | --- | --- |
| Fed (S/0) (991.25) | 82.33 | 2250.50 |
| OASDI (991.25) | 61.46 | 1635.73 |
| Medicare (991.25) | 14.37 | 382.55 |
| PA (SM/0) (991.25) | 30.43 | 809.95 |
| PA EE SUI (26382.53) | 0.69 | 18.48 |
| Philadelphia Res. (991.25) | 37.17 | 989.35 |
| Checking 1 35599XXXX | 93.80 | 2130.27 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Total Earnings | | 61.00 | 991.25 | 26382.53 | Total Deductions  320.25  8216.83 |
| NET PAY | 93.80 | Total Direct Deposits | 93.80 | Check Amount | 0.00  0.00 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Parc Holdings LLC**
1934 East Passyunk Avenue
Philadelphia, PA 19148
267-319-4708

TD Bank

55-136/312

Check Date 12/13/2024    Check Number Memo

**Pay** No Dollars and No Cents

$************

To the Order of:
200
**Michael J Borek**
1812 S Broad Street
Philadelphia, PA 19145

241  -99976289
NON NEGOTIABLE

PAY ONLY 0 00 ZERO CTS CTS

Authorized Signature

**Michael J Borek**
Company: G1305-9P
Number
Social Security #: XXX-XX-4084
Hire Date: 5/7/2018

Period Begin: 12/9/2024
Period End: 12/22/2024
Check Number: -99976222
Check Date: 12/27/2024

Division: 200
Branch
Department
Team

**Parc Holdings LLC**
1934 East Passyunk Avenue
Philadelphia, PA 19148  267-319-4708

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 5.25 | 68.80 | 361.20 | 8578.03 |
| Cash Tips | | 0.00 | 0.00 | 756.80 | 18922.50 |
| **Total Earnings** | | | 68.80 | 1118.00 | 27500.53 |
| **NET PAY** | | | | 101.10 | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (1118.00) | 97.54 | 2348.04 |
| OASDI (1118.00) | 69.32 | 1705.05 |
| Medicare (1118.00) | 16.21 | 398.76 |
| PA (SM/0) (1118.00) | 34.32 | 844.27 |
| PA EE SUI (27500.53) | 0.78 | 19.26 |
| Philadelphia Res. (1118.00) | 41.93 | 1031.28 |
| Checking 1 35599XXXX | 101.10 | 2231.37 |
| **Total Deductions** | 361.20 | 8578.03 |
| **Total Direct Deposits** | 101.10 | |
| **Check Amount** | 0.00 | 0.00 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Parc Holdings LLC**
1934 East Passyunk Avenue
Philadelphia, PA 19148
267-319-4708

TD Bank
55-136/312

Check Date 12/27/2024      Check Number  Memo

Pay  **No Dollars and No Cents**

$************

To the Order of:
200
**Michael J Borek**
1812 S Broad Street
Phladelphia, PA 19145

241  -99976222
NON NEGOTIABLE

PAY ONLY ZERO 0 00 CTS CTS

Authorized Signature

| Statement of Earnings For: | | Micheal J Borek | | | | | Jose P Investors Lp |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Period Begin | 1/6/2025 | Company Id | B1089 | Employee Number | | | 263 S 15Th St | | |
| Period End | 1/19/2025 | Department | | Pay Group | | Bi-Weekly | Philadelphia, PA 19145 | | |
| Check Date | 1/24/2025 | Division | 800 | Pay Type | | Hourly | | | |
| Federal Filing | Single | Res State PA | | | | | PA Exemptions | 0 | PA Additional |
| Fed Exempts | 0 | Work State PA | | | | | | | |
| Fed Additional | | Local Filing | PSD Code: 510101 | | | | Local Exemptions | | Local Additional |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 9926979 | $285.29 | $364.98 | $285.29 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Cash Tips | | | 60.00 | | 137.00 | SOC SEC EE | 26.35 | 32.44 | | | |
| Regular | | 23.40 | 364.98 | 30.90 | 386.21 | MED EE | 6.17 | 7.59 | | | |
| | 2.8300 | 6.00 | 16.98 | | | FEDERAL WH | 17.88 | 17.88 | | | |
| | 20.0000 | 17.40 | 348.00 | | | PA WH | 13.05 | 16.07 | | | |
| *Tip Credit | 4.4200 | 6.00 | 26.52 | | | PHILADELPHIA | 15.94 | 19.62 | | | |
| | | | | | | PA SUI EE | 0.30 | 0.37 | | | |
| Total: | | 23.40 | 424.98 | 30.90 | 523.21 | Total: | 79.69 | 93.97 | Total: | 0.00 | |

LEAVE ACCRUAL

Accrual Type

DISTRIBUTION OF NET PAY

| Statement of Earnings For: | | Micheal J Borek | | | | Jose P Investors Lp | | |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 1/6/2025 | Company Id | B1089 | Employee Number | | 263 S 15Th St | | |
| Period End | 1/19/2025 | Department | | Pay Group | Bi-Weekly | Philadelphia, PA 19145 | | |
| Check Date | 1/24/2025 | Division | 800 | Pay Type | Hourly | | | |
| Federal Filing | Single | Res State PA | | | | PA Exemptions | 0 | PA Additional |
| Fed Exempts | 0 | Work State PA | | | | | | |
| Fed Additional | | Local Filing | PSD Code: 510101 | | | Local Exemptions | | Local Additional |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 9926979 | $285.29 | $364.98 | $285.29 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Cash Tips | | | 60.00 | | 137.00 | SOC SEC EE | 26.35 | 32.44 | | | |
| Regular | | 23.40 | 364.98 | 30.90 | 386.21 | MED EE | 6.17 | 7.59 | | | |
| | 2.8300 | 6.00 | 16.98 | | | FEDERAL WH | 17.88 | 17.88 | | | |
| | 20.0000 | 17.40 | 348.00 | | | PA WH | 13.05 | 16.07 | | | |
| *Tip Credit | 4.4200 | 6.00 | 26.52 | | | PHILADELPHIA | 15.94 | 19.62 | | | |
| | | | | | | PA SUI EE | 0.30 | 0.37 | | | |
| Total: | | 23.40 | 424.98 | 30.90 | 523.21 | Total: | 79.69 | 93.97 | Total: | 0.00 | 0.0 |

LEAVE ACCRUAL

Accrual Type

DISTRIBUTION OF NET PAY