# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Michael Joseph Borek,

        Debtor.

Case No. 24-10528-AMC

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Rocket Mortgage, LLC (CM/ECF)

Date: May 6, 2025

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com