IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Michael Joseph Borek<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC,<br>    Movant<br><br>vs.<br><br>Michael Joseph Borek,<br>    Debtor | Case No. 25-10528-amc<br>Chapter 13 |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    Rocket Mortgage, LLC f/k/a Quicken Loans, LLC ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN filed on February 21, 2025, Docket Number 11.

This 7th day of May, 2025.

                                                                           */s/Mario Hanyon*
                                                                           Andrew Spivack, PA Bar No. 84439
                                                                           Mario Hanyon, PA Bar No. 203993
                                                                           Ryan Srnik, PA Bar No. 334854
                                                                           Jay Jones, PA Bar No. 86657
                                                                           Attorney for Creditor
                                                                           BROCK & SCOTT, PLLC
                                                                           3825 Forrestgate Drive
                                                                           Winston Salem, NC 27103
                                                                           Telephone: (844) 856-6646
                                                                           Facsimile: (704) 369-0760
                                                                           E-Mail: PABKR@brockandscott.com

25-04629 BKOBJ01

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Michael Joseph Borek<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC,<br>    Movant<br><br>vs.<br><br>Michael Joseph Borek,<br>    Debtor | Case No. 25-10528-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on May 7, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Withdrawal of Objection to Confirmation of Debtor's Chapter 13 Plan

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: May 7, 2025

                                      */s/Mario Hanyon*
                                      Andrew Spivack, PA Bar No. 84439
                                      Mario Hanyon, PA Bar No. 203993
                                      Ryan Srnik, PA Bar No. 334854
                                      Jay Jones, PA Bar No. 86657
                                      Attorney for Creditor
                                      BROCK & SCOTT, PLLC
                                      3825 Forrestgate Drive
                                      Winston Salem, NC 27103
                                      Telephone: (844) 856-6646
                                      Facsimile: (704) 369-0760
                                      E-Mail: PABKR@brockandscott.com

25-04629 BKOBJ01

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael A Cibik, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

SCOTT F. WATERMAN [Chapter 13],
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Michael Joseph Borek
128 Ridgeway Ave
Norwood, PA 19074-1824
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

25-04629 BKOBJ01