| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-10528-AMC

| | |
|---|---|
| Michael Joseph Borek | Petition Filed Date: 02/07/2025 |
| 128 Ridgeway Ave | 341 Hearing Date: 03/07/2025 |
| Norwood  PA    19074-1824 | Confirmation Date: 06/11/2025 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/14/2025 | $135.00 | | 04/14/2025 | $135.00 | | 05/15/2025 | $162.00 | |
| 06/16/2025 | $162.00 | | 07/14/2025 | $162.00 | | | | |

**Total Receipts for the Period:  $756.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $918.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $2,925.00 | $862.79 | $2,062.21 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $2,661.40 | $0.00 | $2,661.40 |
| 2 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PCA ACQUISITION V LLC »» 003 | Unsecured Creditors | $2,007.50 | $0.00 | $2,007.50 |
| 5 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $1,468.35 | $0.00 | $1,468.35 |
| 6 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $2,697.37 | $0.00 | $2,697.37 |
| 7 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,401.14 | $0.00 | $1,401.14 |
| 8 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $380.65 | $0.00 | $380.65 |
| 9 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $1,043.92 | $0.00 | $1,043.92 |
| 10 | ROCKET MORTGAGE LLC »» 009 | Mortgage Arrears | $2,254.39 | $0.00 | $2,254.39 |
| 11 | CHASE BANK USA NA »» 010 | Unsecured Creditors | $1,898.39 | $0.00 | $1,898.39 |
| 12 | QUANTUM3 GROUP LLC »» 011 | Unsecured Creditors | $1,035.42 | $0.00 | $1,035.42 |
| 13 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $738.20 | $0.00 | $738.20 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $1,209.47 | $0.00 | $1,209.47 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $715.50 | $0.00 | $715.50 |

**Chapter 13 Case No. 25-10528-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $705.49 | $0.00 | $705.49 |
| 17 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CENTURY DEBT SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | TRANSWORLD SYSTEM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $918.00 | Current Monthly Payment: | $162.00 |
| Paid to Claims: | $862.79 | Arrearages: | $0.00 |
| Paid to Trustee: | $55.21 | Total Plan Base: | $5,778.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.