Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Michael Joseph Borek
128 Ridgeway Ave
Norwood, PA 19074-1824

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-10528-AMC**

Petition Filed Date: 02/07/2025
341 Hearing Date: 03/07/2025
Confirmation Date: 06/11/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2025 | $162.00 | | 09/15/2025 | $162.00 | | 10/16/2025 | $162.00 | |
| 11/17/2025 | $162.00 | | 12/15/2025 | $162.00 | | 01/14/2026 | $162.00 | |
| 02/17/2026 | $162.00 | | 03/16/2026 | $162.00 | | 04/14/2026 | $162.00 | |
| 05/22/2026 | $162.00 | | 06/23/2026 | $162.00 | | 07/22/2026 | $162.00 | |

**Total Receipts for the Period: $1,944.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,862.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $2,925.00 | $2,511.18 | $413.82 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,661.40 | $0.00 | $2,661.40 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PCA ACQUISITION V LLC<br>»» 003 | Unsecured Creditors | $2,007.50 | $0.00 | $2,007.50 |
| 5 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,468.35 | $0.00 | $1,468.35 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,697.37 | $0.00 | $2,697.37 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,401.14 | $0.00 | $1,401.14 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $380.65 | $0.00 | $380.65 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $1,043.92 | $0.00 | $1,043.92 |
| 10 | ROCKET MORTGAGE LLC<br>»» 009 | Mortgage Arrears | $2,254.39 | $0.00 | $2,254.39 |
| 11 | JP MORGAN CHASE BANK NA<br>»» 010 | Unsecured Creditors | $1,898.39 | $0.00 | $1,898.39 |
| 12 | QUANTUM3 GROUP LLC<br>»» 011 | Unsecured Creditors | $1,035.42 | $0.00 | $1,035.42 |

**Chapter 13 Case No. 25-10528-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | JP MORGAN CHASE BANK NA<br>»» 012 | Unsecured Creditors | $738.20 | $0.00 | $738.20 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $1,209.47 | $0.00 | $1,209.47 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $715.50 | $0.00 | $715.50 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $705.49 | $0.00 | $705.49 |
| 17 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CENTURY DEBT SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | TRANSWORLD SYSTEM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,862.00 | Current Monthly Payment: | $162.00 |
| Paid to Claims: | $2,511.18 | Arrearages: | $0.00 |
| Paid to Trustee: | $201.29 | Total Plan Base: | $5,778.00 |
| Funds on Hand: | $149.53 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.